**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02311-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JOSEPH FULLER,

 Plaintiff,

v.

C/O WILLORD, and
BENT COUNTY CORRECTIONAL FAILITY [sic],

 Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

 Plaintiff, Joseph Fuller, is a prisoner in the custody of the Colorado Department of Corrections (DOC) and who currently is housed at the Bent County Correctional Facility in Las Animas, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.  He also submitted a letter discussing, among other things, the difficulty he is experiencing in obtaining a certified copy of his trust fund account statement for the six-month period immediately preceding this filing, which is required by § 1915(a)(2).

 As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number

noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form for filing prisoner complaints)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) _X_ other: <u>The account statement Plaintiff submitted is not certified by an official at the institution where Plaintiff is held and is not for the six-month period immediately preceding the filing of this action.</u>

**Complaint, Petition or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without

further notice.

      DATED: August 30, 2012, at Denver, Colorado.

                          BY THE COURT:

                          s/Boyd N. Boland
                          United States Magistrate Judge