**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02311-BNB

JOSEPH FULLER,

    Plaintiff,

v.

C/O WILLORD, and
BENT COUNTY CORRECTIONAL FAILITY [sic],

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request in the letter (ECF No. 9) filed on September 17, 2012, asking the Court to modify or waive the monthly filing fee payments is DENIED. Plaintiff was granted leave to proceed pursuant to 28 U.S.C. § 1915 on September 10, 2012 (ECF No. 7), and paid the $6.00 initial partial filing fee on September 13, 2012 (ECF No. 8). Plaintiff was informed in the September 10 order granting him leave to proceed pursuant to § 1915 that he was required to pay the full amount of the required $350.00 filing fee regardless of the outcome of this action, and that after payment of the initial partial filing fee, he must make monthly payments or show cause each month as directed in the September 10 order why he has no assets and no means by which to make the monthly payment. If Plaintiff is unable to make monthly filing fee payments, he must show cause as directed why he is unable to do so.

Dated: September 18, 2012