IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02311-LTB

JOSEPH FULLER,

    Plaintiff,

v.

BENT COUNTY CORRECTIONAL FACILITY, and
C/O WILLARD,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 19, 2012, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 19 day of November, 2012.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/K. Terasaki
                    Deputy Clerk